CRAWLEY, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1), (a)(2)(A), and (a)(2)(E), Ala. R.App. P.; Rule 60(b)(6), Ala. R. Civ. P.; Crenshaw v. Crenshaw, 816 So.2d 1046 (Ala.Civ.App.2001); Watson v. Watson, 696 So.2d 1071 (Ala.Civ.App.1996); Brannon v. Brannon, 477 So.2d 445 (Ala.Civ.App.1985); and Hobbs v. Hobbs, 423 So.2d 878 (Ala.Civ.App.1982).
The appellee’s request for an attorney fee on appeal is denied.
THOMPSON, PITTMAN, and MURDOCK, JJ., concur.
YATES, P.J., concurs in part and dissents in part.